UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE SORIANO on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NEW HAVEN,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-00662-MPS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Soriano hereby dismisses without prejudice all claims in this action against Defendant University of New Haven.

Dated: June 16, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**REARDON SCANLON LLP**

　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ James J. Reardon, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　James J. Reardon, Jr.

　　　　　　　　　　　　　　　　　　　　　　James J. Reardon, Jr. (CT 13802)
　　　　　　　　　　　　　　　　　　　　　　45 South Main Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　West Hartford, CT  06107
　　　　　　　　　　　　　　　　　　　　　　Telephone: (860) 955-9455
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (860) 920-5242
　　　　　　　　　　　　　　　　　　　　　　Email:  james.reardon@reardonscanlon.com

　　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　　　　　Sarah N. Westcot *(pro hac vice* app. forthcoming*)*
　　　　　　　　　　　　　　　　　　　　　　2665 S. Bayshore Drive, Suite 220
　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33133
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 330-5512
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (305) 676-9006
　　　　　　　　　　　　　　　　　　　　　　Email: swestcot@bursor.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ James J. Reardon, Jr.
      James J. Reardon, Jr.